IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JASON TUCKER,

Petitioner,

Case No. 3:25-cv-60

v.

WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,

District Judge Michael J. Newman
Magistrate Judge Chelsey M. Vascura

Respondent.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 21); (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS WITH PREJUDICE; (3) DENYING ANY REQUESTED CERTIFICATE OF APPEALABILITY AND CERTIFYING THAT AN APPEAL WOULD NOT BE TAKEN IN GOOD FAITH; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

Petitioner is an inmate in state custody. Doc. No. 1. He brings this case *pro se* seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. *Id*. The case is before the Court on the United States Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 21) denying Petitioner's motion to expand the record (Doc. No. 18) and recommending that Petitioner's claims be denied with prejudice. Petitioner has not filed objections to the R&R and the time for dong so under Fed. R. Civ. P. 72(b) has expired.

The Court has reviewed the comprehensive findings of Magistrate Judge Vascura and considered all filings in this matter. Liberally construing Petitioner's *pro se* filings in his favor, *see Estelle v. Gamble*, 429 U.S. 97, 106 (1976), the Court concludes that Magistrate Judge Vascura's R&R is well-reasoned, cogently written, and not "clearly erroneous or … contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a); *Vogel v. U.S. Office Products Co.*, 258 F.3d 509, 515 (6th Cir. 2001) ("The district court can reconsider a magistrate judge's nondispositive order 'where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.'")

(quoting 28 U.S.C. § 636(b)(1)(A)); *Brentlinger v. Marquis*, No. 3:18-CV-2452, 2020 WL 4016103, at *1 (N.D. Ohio July 16, 2020) (A motion to expand the record in a habeas corpus case "is a non-dispositive pretrial motion")).

The Court hereby **ADOPTS** the Magistrate Judge's R&R and **DISMISSES** the petition for writ of habeas corpus with prejudice. Doc. No. 21. Petitioner is **DENIED** any requested certificate of appealability, and the Court **CERTIFIES** to the United States Court of Appeals for the Sixth Circuit that an appeal of this Order would not be taken in good faith and, therefore, Petitioner should not be permitted to proceed *in forma pauperis*. This case is **TERMINATED** on the docket.

**IT IS SO ORDERED.**

August 17, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge